NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10593 |
| Plaintiff - Appellee, | D.C. No. 5:11-cr-00419-LHK |
| v. | |
| ARNOLDO MORFIN-ARIAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Lucy H. Koh, District Judge, Presiding

Submitted December 17, 2013[**]

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

Arnoldo Morfin-Arias appeals from the district court's judgment and

challenges his guilty-plea conviction and 24-month sentence for illegal reentry

following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v.

California*, 386 U.S. 738 (1967), Morfin-Arias's counsel has filed a brief stating

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Morfin-Arias the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Morfin-Arias has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v.Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id*. at 988.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.